# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 13-1932
(6:13-CV-01067-HMH)

_____

INTER CITY TIRE AND AUTO CENTER, INC.,

Counterclaim-Plaintiff/Appellant,

v.

MICHELIN NORTH AMERICA, INC.,

Counterclaim-Defendant/Appellee.

_____

**ASSENTED TO MOTION FOR A
TWO WEEK EXTENSION OF TIME TO FILE
OPENING BRIEF AND APPENDIX**

_____

William A. Coates, Fed. ID No. 183
ROE CASSIDY COATES & PRICE, P.A.
P.O. Box 10529
(1052 North Church Street, 29601)
Greenville, SC 29603
wac@roecassidy.com – E-mail
864-349-2600 – Telephone
864-349-0303 – Facsimile

**Of Counsel:**
HINCKLEY, ALLEN & SNYDER LLP
Michael J. Connolly
Laura B. Angelini
28 State Street
Boston, MA 02109
(617) 345-9000

Counterclaim-Plaintiff/Appellant Inter City Tire and Auto Center, Inc., with the assent of Counterclaim-Defendant/Appellee Michelin North America, Inc., respectfully requests a two-week extension of time, namely from Tuesday, September 3, 2013, up and until Tuesday, September 17, 2013, in which to file its Opening Brief and Appendix on appeal. Counterclaim-Defendant/Appellee Michelin North America, Inc. assents to the relief requested herein.

WHEREFORE, Counterclaim-Plaintiff/Appellant Inter City Tire and Auto Center, Inc., respectfully requests this Court grant it a two week extension of time, namely from September 3, 2013 up and until September 17, 2013, in which to file its Opening Brief and Appendix on appeal.

        ROE CASSIDY COATES & PRICE, P.A.

        /s/ William A. Coates
        William A. Coates, Fed. ID No. 183
        P.O. Box 10529
        (1052 North Church Street, 29601)
        Greenville, SC 29603
        wac@roecassidy.com – E-mail
        864-349-2600 – Telephone
        864-349-0303 – Facsimile

**Of Counsel:**
HINCKLEY, ALLEN & SNYDER LLP
Michael J. Connolly
Laura B. Angelini
28 State Street
Boston, MA 02109
(617) 345-9000

        *Attorneys for Counterclaim-Plaintiff/Appellant*
        *Inter City Tire and Auto Center, Inc.*
        *and Inter City Retread, Inc.*

Greenville, South Carolina

August 29, 2013