# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

CASE NO. 13-1932
(6:13-cv-01067-HMH)

_____

**MICHELIN NORTH AMERICA, INC.**

Plaintiff – Appellee,

**and**

**MICHELIN RETREAD TECHNOLOGIES, INC.**

Plaintiff

v.

**INTER CITY TIRE AND AUTO CENTER, INC.**

Defendant – Appellant

**and**

**INTER CITY RETREAD, INC.**

Defendant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

_____

**MOTION FOR VOLUNTARY DISMISSAL**

_____

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant Inter City Tire and Auto Center, Inc. respectfully moves for voluntary dismissal of this appeal.

Appellee Michelin North America, Inc. consents to the entry of an order approving this voluntary dismissal that requires each party to bear their own costs and attorney's fees.

                              Respectfully submitted by:

                              s/Richard A. Harpootlian
                              RICHARD A. HARPOOTLIAN, P.A.
                              Richard A. Harpootlian (Fed. ID # 1730)
                              rah@harpootlianlaw.com
                              Christopher P. Kenney (Fed. ID # 11314)
                              cpk@harpootlianlaw.com
                              1410 Laurel Street
                              Post Office Box 1090
                              Columbia, SC 29202
                              Telephone: (803) 252-4848
                              Facsimile: (803) 252-4810

Of Counsel:
HINCKLEY, ALLEN & SNYDER LLP
Michael J. Connolly
Laura B. Angelini
28 State Street
Boston, MA 02109
(617) 345-9000

                              *Attorneys for Inter City Tire and Auto Center, Inc.*

Columbia, South Carolina
February 5, 2014.

2